**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 06-7815

———————

RONNIE JUNIOR ELLIS,

Plaintiff - Appellant,

versus

PAUL KITCHIN, Dentist at R.R.J., Stafford, VA;
DOCTOR MARIETTA, Primary Physician of R.R.J.,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Walter D. Kelley, Jr., District
Judge.  (2:06-cv-00131-WDK)

———————

Submitted:  December 21, 2006      Decided:  January 5, 2007

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Ronnie Junior Ellis, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Junior Ellis seeks to appeal the district court's order dismissing his complaint without prejudice. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." <u>Browder v. Dir., Dep't of Corr.</u>, 434 U.S. 257, 264 (1978) (quoting <u>United States v. Robinson</u>, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on June 30, 2006. The notice of appeal was filed on October 25, 2006. Because Ellis failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>